532 F.2d 185
 22 Wage & Hour Cas. (BN 1208, 80 Lab.Cas. P 33,468
 Usery
v.
Inglewood Manor*#
 No. 75-3275
 United States Court of Appeals, Fifth Circuit
 5/4/76
 
 1
 S.D.Miss.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.
 
 
 ***
 Opinion contains citation(s) or special notations